**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUST1N BLANE MCKENZIE,

                            Plaintiff,                          19 **CIVIL** 3442 (PED)

                      -against-                               **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated September 28, 2020, (1) the Commissioner's motion is denied; (2) plaintiff's motion is granted; and (3) the case is remanded for further administrative proceedings consistent with the Report and Recommendation pursuant to 42 U.S.C. § 405(g), Sentence four; accordingly, the case is closed.

**Dated:** New York, New York
           September 28, 2020

                                                                     **RUBY J. KRAJICK**
                                                        _____
                                                                **Clerk of Court**
                                            **BY:**
                                                                **Deputy Clerk**